# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADVANCE AT HARRISON, LLC, and BLOCK D PARTNERS URBAN RENEWAL I, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>GREENWICH INSURANCE COMPANY, and AXA XL INSURANCE COMPANY,<br><br>    Defendants. | Case No.:<br><br><br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Greenwich Insurance Company and AXA XL Insurance Company (collectively, "Defendants"), by and through their undersigned counsel, hereby file this Notice of Removal, removing the above-captioned case from the New Jersey Superior Court, Hudson County, Docket No. HUD-L-4290-25, to the United States District Court for the District of New Jersey. In support of this Notice of Removal, Defendants state as follows:

## I.    INTRODUCTION AND BACKGROUND

1. On or about November 10, 2025, Advance at Harrison, LLC, and Block D Partners Urban Renewal, LLC (collectively, "Plaintiffs") filed a Complaint in the New Jersey Superior Court, Hudson County, in the action captioned as *Advance at Harrison, LLC, et al. v. Greenwich Insurance Company, et al.*, Docket No. HUD-L-4290-25 (the "State Court Action").

2. True and correct copies of the Complaint against Defendants in the State Court Action, the discovery track assignment in the State Court Action, and proof of service filed in the State Court Action are attached as **Exhibit A** pursuant to 28 U.S.C. § 1446(a).

3. Greenwich Insurance Company and non-party AXA XL Insurance Company Americas were served with a copy of the Summons and Complaint in the State Court Action through the Commissioner of the New Jersey Department of Banking and Insurance on November 25, 2025. Copies of correspondence and enclosures from the Commissioner of the New Jersey Department of Banking and Insurance advising Defendants of service is attached as **Exhibit B**.

4. As such, this Notice of Removal is timely under 28 U.S.C. § 1446(b), as it is filed within 30 days of service upon Defendants of the State Court Action.

5. Removal is appropriate as this is a civil action over which this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a)(2) and is one that may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441(a) based on diversity of citizenship and the matter in controversy exceeds $75,000.00, exclusive of interest and costs.

## II.     DIVERSITY OF CITIZENSHIP

6. This action is removable from the New Jersey Superior Court, Hudson County, to the United States District Court for the District of New Jersey on the basis of diversity subject matter jurisdiction, pursuant to 28 U.S.C. §1332(a)(1) and 28 U.S.C. §1441(b).

7. For purposes of diversity jurisdiction, a corporation shall be deemed a citizen of the state in which it is incorporated and of the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1).

8. Greenwich Insurance Company is a Delaware corporation with its principal place of business in Connecticut. Accordingly, Greenwich Insurance Company is a citizen of the States of Delaware and Connecticut for the purposes of diversity jurisdiction.

9. AXA XL Insurance Company is a non-existent entity that has been improperly pled in this action. The entity served through the Commissioner of the New Jersey Department of Banking and Insurance is AXA XL Insurance Company Americas. To the extent Plaintiffs

intended to plead AXA XL Insurance Company Americas as a party to this action, AXA XL Insurance Company Americas is a Delaware corporation with its principal place of business in Connecticut. Accordingly, AXA XL Insurance Company Americas is a citizen of the States of Delaware and Connecticut for the purposes of diversity jurisdiction.

10. For purposes of diversity jurisdiction, a limited liability company is a citizen of all the states of its members. GBForefront, L.P. v. Forefront Mgmt. Grp., LLC, 888 F.3d 29, 34 (3d Cir. 2018).

11. Plaintiff Advance at Harrison, LLC, is a New Jersey limited liability company. All members of Advance at Harrison, LLC are citizens of the State of New Jersey. (**Exhibit A** at ¶ 9.) Accordingly, Advance at Harrison, LLC, is a citizen of the State of New Jersey for the purposes of diversity jurisdiction.

12. Plaintiff Block D Partners Urban Renewal, LLC, is a New Jersey limited liability company. All members of Block D Partners Urban Renewal, LLC are citizens of the State of New Jersey. (**Exhibit A** at ¶ 10.) Accordingly, Block D Partners Urban Renewal, LLC, is a citizen of the State of New Jersey for the purposes of diversity jurisdiction.

13. As a result, complete diversity exists pursuant to 28 U.S.C. § 1332.

### III.   AMOUNT IN CONTROVERSY

14. The amount in controversy requirement is satisfied as Plaintiffs are seeking insurance coverage from Defendants for an environmental remediation, in connection with which Plaintiffs allege they "have accrued approximately $1,500,000 in costs[.]" (Exhibit A at ¶ 28.) The insurance policy issued by Greenwich Insurance Company under which the Plaintiffs seek coverage has an applicable limit of liability of $5,000,000. (Exhibit A at ¶ 37.)

15. Because Plaintiffs are seeking insurance coverage from Defendants under an insurance policy with an applicable limit of liability in excess of $75,000, as well as approximately $1,500,000 in costs incurred in connection with the subject environmental

remediation, the claims alleged in the State Court Action exceed the $75,000 threshold established by 28 U.S.C. § 1332(a).

## IV.    CONCLUSION

16.    For the foregoing reasons, this Court has subject matter jurisdiction over this matter under 28 U.S.C. § 1332, *et seq.*, and 28 U.S.C. § 1441, *et seq.*

17.    Pursuant to 28 U.S.C. § 1446(d), written notice of this Notice of Removal is being provided to counsel for Plaintiffs, and a copy, along with a Notice of Filing of Removal, will be promptly filed with the Clerk of the Superior Court of New Jersey for the County of Hudson.

WHEREFORE, Defendants respectfully request that Plaintiffs' action captioned as *Advance at Harrison, LLC, et al. v. Greenwich Insurance Company, et al.*, Docket No. HUD-L-5821-24, filed with the Superior Court of New Jersey, Law Division, Hudson County, be removed to the United States District Court for the District of New Jersey.

Dated: December 18, 2025

Respectfully submitted,

KENNEDYS CMK, LLP

*/s/ Frank M. Falcone*
Frank M. Falcone, Esq.
Tyler J. Pierson, Esq.
400 Connell Drive, Suite 700
Berkeley Heights, New Jersey 07922
(908) 848-6304
Frank.Falcone@kennedyslaw.com
Tyler.Pierson@kennedyslaw.com
*Attorneys for Defendants Greenwich Insurance Company and AXA XL Insurance Company*